DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL NEWCOMER,**
Appellant,

v.

**MIDNIGHT EXPRESS POWER BOATS, INC.,**
Appellee.

No. 4D2025-2282

[July 9, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne Elizabeth Fahnestock, Judge; L.T. Case No. 062024CA016537AXXXCE.

John Philip Hess of John P. Hess, P.A., West Palm Beach, for appellant.

David Neal Gambach and Michael J. Dono of Hamilton, Miller & Birthisel, LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***